UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04 - 0293 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER |
| vs. ) | |
| ) | |
| VINAY KHULLAR, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, the matter is currently scheduled for a hearing on various pre-trial motions on Monday, September 17, 2007, 10:00 a.m., before this Court;

WHEREAS, the parties have reached an agreement in principal on the terms of a plea and are in the midst of preparing a plea agreement in connection with the aforesaid plea;

WHEREAS, defense counsel is currently in trial in this Court in a matter before the Honorable William H. Alsup through approximately September 14, 2007, and then is scheduled to begin a trial in a separate matter before the Honorable Saundra Brown Armstrong beginning the week of September 24, 2007, such that he will not be in a position to review a plea agreement and discuss its terms with the defendant by September 17, 2007 and will not be available to appear

Stipulation and Order
*United States v. Ali, et al.*
[CR 04 - 0293 MHP]

1  before this Court until Tuesday, October 23, 2007;

2  WHEREAS, the parties have consulted with this Court's deputy and determined that the
3  next available date for both parties and counsel is Tuesday, October 23, 2007, at 3:00 p.m., before
4  this Court, with time having already been excluded under the Speedy Trial Act for the pendency of
5  the motions, and which can be further excluded based on the need for effective preparation of
6  counsel and continuity of counsel;

7  **THEREFORE**, the parties mutually agree, stipulate, and request that the matter be
8  continued for change of plea until **Tuesday, October 23, 2007, at 3:00 p.m.** before this Court.
9  The parties further agree to continue to exclude time on the Speedy Trial Clock based on the
10 pendency of motions previously filed as well as the need for effective preparation of counsel and
11 continuity of counsel.

12 **IT IS SO STIPULATED.**

14 DATED: 9/13/2007

15 SCOTT N. SCHOOLS
   UNITED STATES ATTORNEY

18 TIMOTHY J. LUCEY
   Assistant United States Attorney

20 DATED: 9/13/2007

   ERIK BABCOCK, ESQ.
21 Attorney for Defendant Vinay Khullar

24 **IT IS SO ORDERED.**

25 DATED: 9/13/07

26 HONORABLE MARILYN H. PATEL
   United States District Court

Stipulation and Order
*United States v. Ali, et al.*
[CR 04 - 0293 MHP]                        - 2 -