**FILED**

OCT 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141

Attorney for Defendant
MAJID MAHMOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-01-0344-MHP |
| Plaintiff, | STIPULATION AND ORDER CONTINUING HEARING |
| v. | |
| MAJID MAHMOOD, | |
| Defendant. | |

Upon the request of the parties, defendants MAJID MAHMOOD and VINAY KHULLAR, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because of defense counsel's unavailability due to a previously scheduled motion hearing in the Sonoma County Superior Court,

The status hearing is hereby continued from October 23, 2007 to December 3, 2007 at 10:00 in the morning.

Dated: 10/22/07

GEORGE C. BOISSEAU
Attorney for Defendant
MAJID MAHMOOD

1

1  IT IS SO STIPULATED.
2  Dated: 10/22/2007

3  
4  ―――――――――――――――
   ERIC BABCOCK
5  Attorney for Defendant
   VINAY KHULLAR

6  IT IS SO STIPULATED.
7  Dated: 10/22/2007

8  ―――――――――――――――
   TIMOTHY LUCEY
9  Assistant United States Attorney

10

11                          ORDER

12  GOOD CAUSE APPEARING, it is hereby ordered that defendants' statut hearing be
13  continued from October 23, 2007 to December 3, 2007 at 10:00 in the morning.

14  IT IS SO ORDERED.
15  Dated: 10/22/07

16
17  ―――――――――――――――
    HON. MARILYN H. PATEL
18  U.S. District Judge
    Northern District of California
19
20
21
22
23
24
25
26
27
28

                                    2