
FILED

JAN 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04 - 0293 MHP |
| ) Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) vs. ) | |
| ) VINAY KHULLAR, ) | |
| ) Defendant. ) | |

WHEREAS, the matter is currently scheduled for a hearing on a change of plea on Monday, January 28, 2008, 11:00 a.m., before this Court;

WHEREAS, defense counsel is now scheduled to be out of the District, such that he will not be in a position to be available to appear before this Court on January 28, 2008;

WHEREAS, the parties have consulted and determined that it would be appropriate for this matter to be referred to a settlement judge for assistance in resolving the matter and have further determined that Chief Magistrate Judge James Larson is available to act as a settlement judge, should the Court make the appropriate referral for his assistance;

WHEREAS, the parties have consulted with this Court's deputy and determined that the

Stipulation and Order
*United States v. Ali, et al.*
[CR 04 - 0293 MHP]

1 next available date for both parties and counsel is Monday, February 11, 2008, at 11:00 a.m., before this Court, with time having already been excluded under the Speedy Trial Act for the pendency of the motions, and which can be further excluded based on the need for effective preparation of counsel and continuity of counsel;

**THEREFORE**, the parties mutually agree, stipulate, and request that the matter be continued for change of plea until **Monday, February 11, 2008, at 11:00 a.m.** before this Court. The parties further agree to continue to exclude time on the Speedy Trial Clock based on the need for effective preparation of counsel and continuity of counsel.

**FURTHERMORE**, the parties mutually agree, stipulate, and request that the matter be referred to Chief Magistrate Judge James Larson for the purpose of conducting a settlement conference as soon as practicable given the respective schedules of Chief Judge Larson and counsel.

**IT IS SO STIPULATED.**

DATED: 1/24/2008

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

_____
TIMOTHY J. LUCEY
Assistant United States Attorney

DATED: 1/24/2008

_____
ERIK BABCOCK, ESQ.
Attorney for Defendant Vinay Khullar

**IT IS SO ORDERED.**

DATED: 1/29/08

_____
HONORABLE MARILYN H. PATEL
United States District Court

Stipulation and Order
*United States v. Ali, et al.*
[CR 04 - 0293 MHP]                    - 2 -