```
1  ERIK G. BABCOCK, SBN 172517
   LAW OFFICES OF ERIK BABCOCK
2  1212 Broadway, Suite 726
   Oakland, CA 94612
3  (510) 452-8400 Tel.
   (510) 452-8405 Fax
4
5  Attorney for Defendant
   VINAY KHULLAR
6
                IN THE UNITED STATES DISTRICT COURT
7
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10 UNITED STATES OF AMERICA,   )  No. CR 04-0293 MHP
                               )
11         Plaintiff,          )  STIPULATION AND [PROPOSED]
                               )  ORDER CONTINUING HEARING
12 v.                          )
                               )
13 VINNAY KHULLAR,             )
                               )
14         Defendants.         )
```

**IT IS HEREBY STIPULATED** between the parties, by and through their respective counsel, that the hearing currently scheduled for February 11, 2008 at 11:00 a.m. may be continued to March 17, 2008 at 11:00 a.m. This continuance is necessary because the parties have been referred to a magistrate for a settlement conference and are still trying to coordinate and schedule that conference with magistrate's chambers. Additionally, defense counsel has two state court trials set in the coming month. A continuance until March 17, 2008 is therefore necessary to allow for the effective

///

///

///

Stipulation and Proposed Order
United States v. Khullar et al.

preparation, as well as the continuity of, Mr. Khullar's defense counsel. It is therefore stipulated that the time period from February 11, 2008 to March 17, 2008 may be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

**SO STIPULATED.**

DATED: February 8, 2008 　　　　　　　/S/Tim Lucey
　　　　　　　　　　　　　　　　　　　TIM LUCEY
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: February 8, 2008 　　　　　　　/S/Erik Babcock
　　　　　　　　　　　　　　　　　　　ERIK G. BABCOCK

**SO ORDERED.**

DATED: 2/8/2008
　　　　　　　　　　　　　　　　　　　Honorable Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel