```
                                                              FILED
                                                            MAR 17 2008

                                                          RICHARD W. WIEKING
                                                       CLERK, U.S. DISTRICT COURT
                                                     NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04 - 0293 MHP |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| vs. ) | |
| VINAY KHULLAR, ) | |
| Defendant. ) | |

WHEREAS, the matter is currently scheduled for a hearing on a change of plea or further status on Monday, March 17, 2008, 11:00 a.m., before this Court;

WHEREAS, the parties are now scheduled to conduct a settlement conference before Chief Magistrate Judge James Larson on March 27, 2008, and may be able to resolve this matter, such that an appearance before this Court on March 17, 2008, in advance of that settlement conference, would likely result in a waste of this Court's precious time and resources;

WHEREAS, the parties have consulted with this Court's deputy and determined that the next available date for both parties and counsel is Monday, April 28, 2008, at 11:00 a.m., before this Court, with time having already been excluded under the Speedy Trial Act for the pendency of

---

Stipulation and Order
*United States v. Ali, et al.*
[CR 04 - 0293 MHP]

the motions, and which can be further excluded based on the need for effective preparation of counsel and continuity of counsel;

**THEREFORE**, the parties mutually agree, stipulate, and request that the matter be continued for change of plea until **Monday, April 28, 2008, at 11:00 a.m.** before this Court. The parties further agree to continue to exclude time on the Speedy Trial Clock based on the need for effective preparation of counsel and continuity of counsel.

**IT IS SO STIPULATED.**

DATED: 3/13/2008

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

TIMOTHY J. LUCEY
Assistant United States Attorney

DATED: 3/13/2008

ERIK BABCOCK, ESQ.
Attorney for Defendant Vinay Khullar

**IT IS SO ORDERED.**

DATED: 3/17/08

**HONORABLE MARILYN H. PATEL**
**United States District Court**

Stipulation and Order
*United States v. Ali, et al.*
[CR 04 - 0293 MHP]           - 2 -