ERIK G. BABCOCK, ESQ. (SBN: 172517)
1212 Broadway, Suite 726
Oakland, CA 94612-1828
(510) 452-8400 Tel.
(510) 452-8405 Fax

Attorney for Defendant
VINAY KHULLAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04-0293 MHP |
| ) | |
| Plaintiff, ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| ) | **CONTINUING HEARING** |
| v. ) | |
| ) | |
| VINNAY KHULLAR, ) | |
| ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** between the parties, by and through their respective counsel, that the hearing currently scheduled for April 28, 2008 may be continued to May 12, 2008 at 10:00 a.m. for change of plea as counsel for defendant is expected to be in trial in state court starting April 28, 2008 and lasting approximately two weeks. Additionally, although the parties have reached a plea agreement in principle, they need additional time in which to finalize the contents of the written plea agreement.

**IT IS FURTHER STIPULATED** that the time up to and including May 12, 2008 in which the matter must be brought to trial may be

Travel Order
United States v. Khullar
CR 04-0293 MHP

1  excluded under the Speedy Trial Act based on the need for
2  continuity of counsel and adequate preparation.
3     **SO STIPULATED.**
4  DATED: 4/22/08
5                                    _____
                                     TIMOTHY LUCEY
6                                    Assistant U.S. Attorney

7  DATED: 4/22/08                    _____
                                     ERIK G. BABCOCK
8                                    Counsel for Defendant Khullar
9
10    **SO ORDERED.**
11 DATED: 4/23/08
                                     _____
12                                   HONORABLE MARILYN HALL PATEL
                                     United States District Judge
13

28 Travel Order
   United States v. Khullar
   CR 04-0293 MHP                                           - 2 -