United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR-04-00293-017 MHP
)
Vinay Kumar Khullar )
)
)

ORDER TO RELEASE PASSPORT

ON MOTION OF THE COURT, the offender's term of probation is due to expire on August 17, 2009. The passport currently in the possession of the United States District Court for the Northern District of California may be released to Mr. Vinay Kumar Khullar.

Date: 8/13/09

Marilyn Hall Patel
United States District Judge